UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Sang Shihong, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>v.<br><br>SUPERVALU INC., Jeff Noddle, and Pamela K. Knous,<br><br>     Defendants. | Civil File No. 09-cv-2856 (PJS/FLN)<br><br>**DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT FOR VIOLATION OF THE SECURITIES LAWS** |

Pursuant to Federal Rule of Civil Procedure 12(b)(6) and the Private Securities Litigation Reform Act of 1995 (15 U.S.C. § 78u), Defendants respectfully move this Court to dismiss Plaintiff's Class Action Complaint for Violation of the Securities Laws with prejudice for failure to state a claim upon which relief can be granted.  This Motion shall be supported by the accompanying Memorandum of Law, the Declaration of Peter W. Carter and all exhibits thereto, and all files, records, and proceedings herein.

Dated:  December 28, 2009          DORSEY & WHITNEY LLP

By  s/ Peter W. Carter  _____
    Peter W. Carter #0227985
    carter.peter@dorsey.com
    Kristina W. Carlson #0319338
    carlson.kristina@dorsey.com
    Charles K. LaPlante #0389005
    laplante.charlie@dorsey.com
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone:  (612) 340-2600

*Attorneys for Defendants*