UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

SANG SHIHONG, individually and
on behalf of all others similarly situated,

Civil No. 09-CV-2856 (PJS/FLN)

    Plaintiff,

v.

ORDER OF DISMISSAL

SUPERVALU, INC., et al.,

    Defendants.

---

Based upon the Notice of Voluntary Dismissal Without Prejudice filed by the plaintiff on January 13, 2010 [Civil Docket No. 32],

IT IS ORDERED that this action is dismissed without prejudice and without costs or disbursements to any party at this time.

Dated: January 14, 2010                        s/Patrick J. Schiltz
                                                             Patrick J. Schiltz
                                                             United States District Judge